# Order

**Michigan Supreme Court**
**Lansing, Michigan**

December 9, 2019

Bridget M. McCormack,
Chief Justice

David F. Viviano,
Chief Justice Pro Tem

158141(77)

Stephen J. Markman
Brian K. Zahra
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh,
Justices

KAITLIN HAHN,
        Plaintiff-Appellee,

v

SC: 158141
COA: 336583
Oakland CC: 2016-152229-NF

GEICO INDEMNITY COMPANY,
        Defendant-Appellant,
and

AUTOMOBILE CLUB INSURANCE
ASSOCIATION,
        Defendant.
_____/

　　　　On order of the Chief Justice, the motion of defendant-appellant to extend the time for filing its reply brief is GRANTED. The reply brief will be accepted as timely filed if submitted on or before December 18, 2019.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

December 9, 2019



Clerk